# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:05-cr-208

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GARY LEE REED, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** came on for hearing before the undersigned for the purpose of conducting a preliminary hearing, pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure and also for the purpose of conducting a detention hearing, if probable cause was found. At the call of this matter on for hearing, Fredilyn Sison of the Federal Defender's Office advised the court that she had discovered a conflict of interest that precluded her from representing the defendant. Ms. Sison asked for permission to withdraw as counsel for the defendant and to continue the preliminary hearing and possible detention hearing for another day.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the preliminary hearing and possible detention hearing in the above entitled matter is **CONTINUED** until **Thursday, November 1, 2007**.

Signed: October 31, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge